**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ABDUL ZAHIR, | ) | NO. CV 08-02238 MMM (SS) |
| Petitioner, | ) | |
| | ) | **ORDER ADOPTING FINDINGS,** |
| v. | ) | |
| | ) | **CONCLUSIONS AND RECOMMENDATIONS** |
| MICHAEL A. SMELOSKY, Acting Warden, | ) | **OF UNITED STATES MAGISTRATE JUDGE** |
| | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

\\
\\
\\
\\
\\

1       Accordingly, IT IS ORDERED THAT:

2

3       1.  The Motion to Dismiss is GRANTED and Judgment shall be
4  entered dismissing this action with prejudice.

5

6       2.  The Clerk shall serve copies of this Order and the Judgment
7  herein by United States mail on Petitioner and on counsel for
8  Respondent.

9

10 DATED: February 12, 2009

11

12                                    _____
13                                    MARGARET M. MORROW
                                      UNITED STATES DISTRICT JUDGE